UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DAUNDREA MONTREAL ANDERSON, | Case No. 25-CV-1033 (ADM/JFD) |
| Plaintiff, | **ORDER** |
| v. | |
| KWIK TRIP, INC., | |
| Defendant. | |

IT IS HEREBY ORDERED THAT:

1. The application to proceed *in forma pauperis* of Daundrea Montreal Anderson (Dkt. No. 2) is GRANTED.

2. Mr. Anderson must submit a properly completed Marshal Service Form (Form USM-285) for the defendant. If Mr. Anderson does not complete and return the Marshal Service Form within 30 days of this order, it will be recommended that this matter be dismissed without prejudice for failure to prosecute. A Marshal Service Form will be provided to Mr. Anderson by the Court.

3. After the return of the completed Marshal Service Form, the Clerk of Court is directed to seek waiver of service from defendant Kwik Trip, Inc., consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4. If the defendant fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon that defendant the expenses later incurred in effecting service of process. Absent a showing of good cause, reimbursement of the costs of service is mandatory and will be imposed in all cases in which a defendant does not sign and return a waiver of service form. *See* Fed. R. Civ. P. 4(d)(2).

Date: July 22, 2025

*John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge