# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DAUNDREA MONTREAL ANDERSON, | Case No. 25-CV-1033 (ADM/JFD) |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| KWIK TRIP, INC., | |
| Defendant. | |

This Court previously directed the Clerk of Court to seek waiver of service from defendant Kwik Trip, Inc., consistent with Rule 4(d) of the Federal Rules of Civil Procedure. More than 30 days have passed since waiver of service was requested, but Kwik Trip, Inc., has not yet signed and returned the waiver of service form. Plaintiff Daundrea Montreal Anderson has now moved for formal service of process to be effected. *See* Dkt. No. 41. That motion is granted, and the U.S. Marshals Service is directed to effect service of process upon Kwik Trip, Inc.

As the Court previously warned, if a defendant fails without good cause to sign and return a waiver within 30 days of the date that waiver is mailed, the Court will impose upon that defendant the expenses later incurred in making service. *See* Fed. R. Civ. P. 4(d)(2). Upon effecting service of process, the U.S. Marshals Service is ordered to submit to the Court its reasonable expenses incurred in making service. Absent a showing of good cause in declining to waive service of process, Kwik Trip, Inc. will be ordered to reimburse the

U.S. Marshals Service for those expenses. Kwik Trip, Inc. may avoid imposition of the costs of service through signing and returning the waiver before service of process is effected.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The motion for service of process of plaintiff Daundrea Montreal Anderson [Dkt. No. 41] is GRANTED.

2. The U.S. Marshals Service is directed to effect service of process on defendant Kwik Trip, Inc. consistent with Rule 4 of the Federal Rules of Civil Procedure.

3. Upon effecting service of process, the U.S. Marshals Service is ordered to submit to the Court its reasonable expenses incurred in making service. Absent a showing of good cause in declining to waive service of process, Kwik Trip, Inc. will be ordered to reimburse the U.S. Marshals Service for those expenses. Kwik Trip, Inc. may avoid imposition of the costs of service through signing and returning the waiver before service of process is effected.

Date: September 17, 2025

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge