UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Daundrea Montreal Anderson, | Case No. 25-cv-1033 (ADM/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Kwik Trip, Inc., | |
| Defendant. | |

This matter is before the Court on Plaintiff Daundrea Montreal Anderson's "Emergency Motion for Immediate Scheduling Conference" and for other relief. (Dkt. No. 92.) The Motion is procedurally defective because, at the time he filed the Motion, Mr. Anderson did not file the necessary accompanying documents pursuant to D. Minn. LR 7.1(b)(1), including a Memorandum in Support and a Meet & Confer Statement. He also did not contact chambers for a hearing date. The Court requires no oral argument on the motion and denies it due to Mr. Anderson's persistent violation of the Local Rules of this Court.

Not for the first time, Mr. Anderson has failed to follow the Local Rules of this Court. The Court has addressed this issue with him before. (*See* Orders at Dkt. Nos. 38, 86.) Mr. Anderson has been admonished for his failure to meet and confer before filing a motion (*see id*.); ordered to "cease filing on the docket those documents not permitted by the Federal Rules of Civil Procedure or the Local Rules" (*see* Aug. 12, 2025 Order 4, Dkt. No. 38); and has had multiple motions denied for failure to properly meet and confer

pursuant to Local Rule 7.1(a). (*Id.*) Mr. Anderson, though he is representing himself, must follow the rules, both the Federal Rules of Civil Procedure and the Local Rules of this Court.

The Court now reminds Mr. Anderson, for at least the third time, that he is required to follow the same rules as the lawyers practicing before this court. But because earlier warnings have been ineffective, the Court will now take further action. From now on, for every document that Mr. Anderson files on the docket in contravention of those rules, the relief he requests will be summarily denied, and he will be ordered to pay Kwik Trip $100 to compensate for the attorney time wasted by his non-compliant filings. If Mr. Anderson's behavior changes and he seeks relief in a way that complies with the rules, the Court will address his concerns.

A pretrial conference pursuant to Federal Rule of Civil Procedure 26(f) will be scheduled in due course, pending resolution of Mr. Anderson's Motion for Default Judgment.

**SO ORDERED.**

Date: December 18, 2025   *s/ John F. Docherty*
　　　　　　　　　　　　　　JOHN F. DOCHERTY
　　　　　　　　　　　　　　United States Magistrate Judge